IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

ROBERT WILLIS and
JOAN WILLIS

      Plaintiffs,

v.                                                                    CV 4:10-1933-RBP

HOMESITE INSURANCE COMPANY
OF THE MIDWEST and
GMAC MORTGAGE LLC,

      Defendants.

## MEMORANDUM

The court has separately denied the Motion for New Trial or Altering or Amending the Judgment filed by plaintiffs on September 3, 2013. The court further notes that it has not addressed whether the plaintiffs had an insurable interest after they "surrendered" their interest in the bankruptcy petition.

DONE and ORDERED this the 4th day of September, 2013.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE